## WINANS CLARK *versus* FREDERICK BELLINGER

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 357; (2) rule to bring body *p. 379; (3) referred *p. 490; (4) award filed, rule for judgment *p. 508; (5) rule for judgment *p. 511.

PAPERS IN FILE: (1) Precipe for process, affidavit, order for bail; (2) security for costs; (3) capias and return; (4) recognizance and bail piece; (5) notice of exception to bail; (6) agreement for withdrawal of exception to bail and rule to bring body, and for continuance; (7) agreed order of reference; (8) agreement that referees take files.

*1822–23 Calendar*, MS p. 30.  Recorded in *Book B*, MS pp. 296–98.